**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6458**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEITH WILLIE REED,

Defendant - Appellant.

**No. 23-6459**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY CANNON,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:13-cr-00048-CMH-1; 1:13-cr-00048-CMH-3)

Submitted: January 12, 2024                          Decided: February 1, 2024

2

Before NIEMEYER, AGEE, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Keith Willie Reed and Anthony Cannon, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, Keith Willie Reed and Anthony Cannon appeal the district court's order denying their motions for compassionate release. Upon review of the record, we discern no abuse of discretion. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*